**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANDRES GONZALEZ; APOLONIA GONZALEZ, <br><br> Petitioners, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General, <br><br> Respondent. | No. 18-71352 <br><br> Agency Nos. A079-533-624 <br> A070-722-166 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted October 15, 2019[**]

Before: FARRIS, LEAVY, and RAWLINSON, Circuit Judges.

Andres Gonzalez and Apolonia Gonzalez, natives and citizens of Mexico,

petition for review of the Board of Immigration Appeals' ("BIA") order denying

their motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C.

§ 1252. We review for abuse of discretion the denial of a motion to reopen and

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

review de novo questions of law. *Bonilla v. Lynch*, 840 F.3d 575, 581 (9th Cir. 2016). We deny the petition for review.

The BIA did not err by not addressing petitioners' request for equitable tolling of the time and number limitations. Petitioners' request was not based on a recognized ground for tolling, such as fraud, deception, or error. *See id.* at 582 (time and numerical deadlines may be equitably tolled during periods when a petitioner is prevented from filing because of "deception, fraud, or error").

**PETITION FOR REVIEW DENIED.**

18-71352